IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RON ALLEN,

    Plaintiff,

v.

SUE NOVAK, et al.,

    Defendants.

ORDER

20-cv-706-wmc

*Pro se* plaintiff Ron Allen, who is currently incarcerated at the Wisconsin Secure Program Facility ("WSPF"), filed this lawsuit pursuant to 42 U.S.C. § 1983. The complaint was filed on July 31, 2020, and is currently under advisement for screening pursuant to 28 U.S.C. § 1915A. However, Allen now seeks to withdraw the complaint voluntarily, and requests an order that his institution stop garnishing money toward the payment of the $350 filing fee. (Dkt. #8.) Construing his motion as a request to voluntarily dismiss this case and for a refund for the filing fee, it will be granted. This case was filed recently, and has not yet been screened, so dismissing it now will not prejudice the defendants.

ORDER

IT IS ORDERED that plaintiff Ron Allen's motion to voluntarily dismiss his case and for a refund of the filing fee (dkt. #8) is GRANTED. This case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The clerk of court is directed to return the paid portion of the filing fee to Allen.

Entered this 4th day of March, 2021.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge